Reison GRAY, Petitioner-Appellant,

v.

John W. WINGO, Warden Kentucky State Penitentiary, Respondent-Appellee.

No. 17750.

United States Court of Appeals Sixth Circuit.

Aug. 22, 1967.

—————◆—————

.Reison Gray, in pro. per.

Robert Matthews, Atty. Gen., John B. Browning, Asst. Atty. Gen., Frankfort, Ky., for appellee.

Before O'SULLIVAN, McCREE and COMBS, Circuit Judges.

### ORDER

PER CURIAM.

Petitioner-appellant is an inmate of Kentucky State Penitentiary at Eddyville under sentence for storehouse breaking. He appeals from the denial of a petition for writ of habeas corpus by the United States District Court for the Western District of Kentucky.

The grounds stated in the petition are: (1) evidence against petitioner in the state court was inadmissible and insufficient, (2) petitioner was denied a fair and impartial trial, and (3) court appointed counsel refused to ask for a new trial or to appeal.

 Grounds (1) and (2) are insufficient because they are merely conclusions of the petitioner unsupported by any fac-

tual definition. Brown v. Allen, 344 U. S. 443, 73 S.Ct. 397, 97 L.Ed. 469 (1953).

 Ground (3) is without merit because petitioner has not availed himself of the post-conviction procedure provided by Kentucky laws. Kentucky Rules of Criminal Procedure 11.42.

The judgment of the District Court is affirmed.